**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | |
| **KB US Holdings, Inc.,** | **Chapter 11** |
| **Debtor.** | **Case No. 20-22962 (SHL)** |
| **Fed. Tax Id. No. 81-3311000** | |
| **In re** | |
| **KB Holding, Inc.,** | **Chapter 11** |
| **Debtor.** | **Case No. 20-22963 (SHL)** |
| **Fed. Tax Id. No. 38-4003082** | |
| **In re** | |
| **AG Kings Holdings Inc.,** | **Chapter 11** |
| **Debtor.** | **Case No. 20-22964 (SHL)** |
| **Fed. Tax Id. No. 20-4648681** | |
| **In re** | |
| **AG Holdings II Inc.,** | **Chapter 11** |
| **Debtor.** | **Case No. 20-22965 (SHL)** |
| **Fed. Tax Id. No. 52-1653828** | |
| **In re** | |
| **Kings Super Markets, Inc.,** | **Chapter 11** |
| **Debtor.** | **Case No. 20-22966 (SHL)** |
| **Fed. Tax Id. No. 22-1686769** | |

| | |
|---|---|
| **In re** | |
| **Balducci's Holdings LLC,** | **Chapter 11** |
| Debtor. | **Case No. 20-22967 (SHL)** |
| **Fed. Tax Id. No. 80-0361913** | |
| **In re** | |
| **Balducci's Connecticut LLC,** | **Chapter 11** |
| Debtor. | **Case No. 20-22968 (SHL)** |
| **Fed. Tax Id. No. 80-0361945** | |
| **In re** | |
| **Balducci's Maryland LLC,** | **Chapter 11** |
| Debtor. | **Case No. 20-22969 (SHL)** |
| **Fed. Tax Id. No. 80-0361926** | |
| **In re** | |
| **Balducci's Virginia LLC,** | **Chapter 11** |
| Debtor. | **Case No. 20-22970 (SHL)** |
| **Fed. Tax Id. No. 80-0361949** | |
| **In re** | |
| **Balducci's New York LLC,** | **Chapter 11** |
| Debtor. | **Case No. 20-22961 (SHL)** |
| **Fed. Tax Id. No. 80-0361934** | |

**ORDER DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES**

2

Upon the motion (the "**Motion**")[1] of KB US Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Jones Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.       The Motion is granted to the extent set forth herein.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

2.      The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court.

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

4.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**KB US Holdings, Inc.,** *et al.,*<br><br>           **Debtors.** | **Chapter 11**<br><br>**Case No. 20-22962 (SHL)**<br><br>**(Jointly Administered)** |

5.      A docket entry shall be made in the chapter 11 cases of KB US Holdings, Inc.; KB Holding, Inc.; AG Kings Holdings Inc.; AG Holdings II Inc.; Kings Super Markets, Inc.; Balducci's Holdings LLC; Balducci's Connecticut LLC; Balducci's Maryland LLC; Balducci's Virginia LLC; and Balducci's New York LLC substantially as follows:

> An Order has been entered in accordance with rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of KB US Holdings, Inc.; KB Holding, Inc.; AG Kings Holdings Inc.; AG Holdings II Inc.; Kings Super Markets, Inc.; Balducci's Holdings LLC; Balducci's Connecticut LLC; Balducci's Maryland LLC; Balducci's Virginia LLC; and Balducci's New York LLC. The docket in Case No. 20-22962 (SHL) should be consulted for all matters affecting the case.

6.      The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the Executive Office of the U.S. Trustee – Region 2 (revised December 27, 2019), by consolidating the information required for each Debtor in one report that tracks and breaks out all

of the specific information (*e.g.*, receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

       7.     The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

       8.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: August 25, 2020
      White Plains, New York

                      ***/s/ Sean H. Lane***
                      THE HONORABLE SEAN H. LANE
                      UNITED STATES BANKRUPTCY JUDGE

5